ALEXANDER NEILL, Respondent, *v.* THE BROOKLYN ELEVATED RAILROAD COMPANY, Appellant.

*Neill* v. *Brooklyn Elevated R. R. Co.*, 13 Misc. Rep. 403, affirmed.
(Submitted March 14, 1898; decided April 19, 1898.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered June 24, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Nathan Ottinger* for appellant.

*James & Thomas H. Troy* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

ELIAS SNYDER, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued March 14, 1898; decided April 19, 1898.)

APPEAL from an order of the Board of Claims of the State of New York made June 25, 1895, dismissing a claim filed by the appellant with the board against the state.

*George P. Decker* for appellant.

*T. E. Hancock* for respondent.

Order affirmed, with costs, on authority of *Drake* v. *State* (144 N. Y. 414).
All concur, except PARKER, Ch. J., not voting.